IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Vinson Sherbert, | ) | C.A. No. 7:06-1161-HMH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **OPINION AND ORDER** |
| vs. | ) | |
| | ) | |
| National Union Fire Insurance | ) | |
| Company of Pittsburgh, P.A., | ) | |
| | ) | |
| Defendant. | ) | |

　　　National Union Fire Insurance Company of Pittsburgh, P.A. is ordered to inform the court of its state of incorporation and principal place of business for the purpose of determining whether the requirements of federal subject matter jurisdiction are satisfied. See 28 U.S.C. § 1332. National Union Fire Insurance Company of Pittsburgh, P.A. is ordered to respond within ten (10) days of the date of this order.

　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　s/Henry M. Herlong, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Greenville, South Carolina
April 17, 2006